UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

vs.

ANNA SIENIARECKI

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-541 (GHL)

____Robert Bogdan, Esq____
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

__XX__ guilty __ nolo contendere] as to count(s)__2__

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Intoxicated, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.3 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** May 23, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $600.00 and special assessment of $25.00. Total amount of the fine and special assessment amounts to $625.00, payable no later than July 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** Count One of the Information is dismissed on motion of the United States.

____April 16, 2008____
Date of Imposition of Sentence

____April 19, 2008____
DATE SIGNED

____[signature]____
GEORGE H. LOWE
U.S. Magistrate Judge